GEORGE S. THOMPSON & another *vs.* HENRY S. HOWE.

Oct. 12, 1874.

Evidence Stricken from Return, and Judgment Affirmed.—*Robinson* v. *Bartlett,* 11 Minn. 410, followed, in striking from a return evidence not embraced in a settled or agreed case or bill of exceptions. Judgment affirmed, the same, together with the referee's conclusions of law, being supported by his findings of fact.

Appeal by defendant from a judgment of the district court for the counties of Watonwan, etc., entered upon the report of a referee. The only evidence returned to this court is contained in a statement certified by the referee to be "the evidence and the whole thereof, in substance, adduced upon the trial in said action before me,"—the return containing no case or bill of exceptions. A motion was made in this court, by the respondent, to strike this "statement of evidence" from the return.

*W. L. Coon,* for appellant.

*J. W. Seager,* for respondents.

*By the court.* The "statement of evidence adduced upon the trial," although certified by the referee, was not embraced in any settled or agreed case or bill of exceptions, and therefore forms no part of the record, and was improperly included in the return, and must be stricken therefrom. *Robinson* v. *Bartlett,* 11 Minn. 410.

The only question remaining to be considered is whether the referee's findings of fact sustain his conclusions of law, and the judgment entered on his report. It is too plain to require argument that this question must be answered in the affirmative.

Judgment affirmed.